IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AARON J. HANCOX, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-16-739-C |
| | ) | |
| JOE ALLBAUGH, Interim Director, | ) | |
| | ) | |
| Respondent. | ) | |

O R D E R

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on July 20, 2016. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed; however, on August 9, 2016, Petitioner paid the $5.00 filing fee (Dkt. No. 7), rendering the Magistrate Judge's recommendation moot.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 6) is adopted in part. Because the filing fee has now been paid, the case is once again committed to the Magistrate Judge under the initial Order of Referral.

IT IS SO ORDERED this 24th day of August, 2016.

ROBIN J. CAUTHRON
United States District Judge