IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| AARON JAQUEZ HANCOX, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-16-739-C |
| | ) | |
| JOE ALLBAUGH, Director, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Supplemental Report and Recommendation on October 13, 2016, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

In his objection, Petitioner fails to address the basis for Judge Purcell's recommendation of dismissal, i.e., the statute of limitations, but again argues the merits of his claim. The Court finds the Report and Recommendation fully supported by the facts and law and uncontradicted by any argument of Petitioner.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, dismissed, as untimely. As no

amendment can cure the defect, this dismissal acts as an adjudication on the merits, and a judgment will enter.

IT IS SO ORDERED this 2nd day of November, 2016.

ROBIN J. CAUTHRON
United States District Judge